✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LUQUERIVAS, MANUEL A | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00215-AGH |

Case No.    GM1        E2535726

USM No.

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** LUQUERIVAS, MANUEL A

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | Excessive Speed 57/35 reduced to 48/35 | 03/17/2026 | 1 |

☐   Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $190.00 | $ 10.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  7505

Defendant's Year of Birth:  1997

City and State of Defendant's Residence:
COLUMBUS, GA

07/20/2026
_____
Date of Imposition of Judgment

s/ Amelia G. Helmick
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/20/2026
_____
Date